UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GINO D'OTTAVIO, | |
| Plaintiff, | Case No.: 1:18-cv-09082-NLH-AMD |
| -against- | <u>NOTICE OF MOTION</u> |
| SLACK TECHNOLOGIES, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that on **Monday, November 5**, **2018** or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff, Gino D'Ottavio, will move before the Honorable Noel L. Hillman, U.S.D.J., at the Mitchell H. Cohen Building & U.S. Courthouse, located at 4th & Cooper Streets, Camden, NJ 08101, for an Order granting Plaintiff's Motion to Dismiss his own Complaint with prejudice, pursuant to FRCP 41(a)(2).

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion to Dismiss his own Complaint.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff hereby requests oral argument.

Dated: September 27, 2018

                                                Respectfully submitted,

                                                By:  /s/ Yitzchak Zelman
                                                Yitzchak Zelman, Esq.
                                                Marcus Zelman, LLC.
                                                701 Cookman Avenue, Suite 300
                                                Asbury Park, New Jersey 07712
                                                Phone:      (732) 695-3282
                                                Fax:         (732) 298-6256
                                                *Attorney for the Plaintiff*
                                                *Gino D'Ottavio*