# Holland & Knight

2929 Arch Street, Suite 800 | Philadelphia, PA 19104 | T 215.252.9535
Holland & Knight LLP | www.hklaw.com

Paul Bond
+1 215-252-9535
Paul.bond@hklaw.com

July 9, 2021

*Via ECF*

The Honorable Noel L. Hillman
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ  08101

Re:   *Gino D'Ottavio, et al. v. Slack Technologies* Case No. 1:18-cv-09082 (D.N.J.)

Dear Judge Hillman:

Holland & Knight LLP represents Defendant Slack Technologies ("Defendant" or "Slack") and writes on its behalf pursuant to L. Civ. R. 7.1.1 regarding the disclosure of third-party litigation funding.  There are no third-party persons or entities providing funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis.

Respectfully,

HOLLAND & KNIGHT LLP

s/Paul Bond_____

Paul Bond, Esq.

cc:   All counsel of record (via ECF)

Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville
Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia | Portland | San Francisco
Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach
Bogotá | London | Mexico City
#85133542_v1