**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

GINO D'OTTAVIO,
individually and on behalf of
all others similarly
situated,

        Plaintiff/Counter-
        Defendant,

v.

SLACK TECHNOLOGIES,
        Defendant/
        Counterclaimant.

1:18-cv-09082-NLH-AMD

**JUDGMENT**

---

IT IS on this  27th  day of December , 2022

ORDERED that JUDGMENT shall be, and hereby is, entered in favor of Defendant, and against Plaintiff, in the amount of $160,602.37.

At Camden, New Jersey

        s/ Noel L. Hillman
        NOEL L. HILLMAN, U.S.D.J.